

# Fourth Court of Appeals
## San Antonio, Texas

March 28, 2018

No. 04-17-00365-CV

**WELLINGTON INSURANCE COMPANY** and Richard Barkumme,
Appellants

v.

Victor **BANUELOS**,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2014CVF001922D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Irene Rios, Justice

The panel has considered the appellee's motion for rehearing and the motion is hereby DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court